# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 3:13-00139 (2) |
| | ) | |
| Fallon Sablan | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A BOND REVIEW HEARING

A bond review hearing in this case is scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 661 before Magistrate Judge Knowles |
| --- | --- |
| | Date and Time: September 3, 2013 at 1:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 30, 2013

*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*