Motion GRANTED, conditioned upon the timely filing of a waiver of speedy trial by co-defendant.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00139 |
| | ) | JUDGE TRAUGER |
| FALLON SABLAN | ) | |

### MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL

NOW comes the defendant, Fallon Sablan ("Ms. Sablan"), through counsel, and respectfully requests that this Honorable Court enter an order granting a continuance of her trial date, presently set for February 18, 2014. Furthermore, counsel moves, pursuant to the Federal Rules of Criminal Procedure Rule 12(c), that this Honorable Court grant an extension of the pre-trial motions filing deadline. In support of said request, counsel submits the following:

Ms. Sablan is charged in a multi-defendant indictment for Hobbs Act Robbery in violation of 18 U.S.C. 1951, two counts of Use, Carry, Brandishing, and Discharge of a Firearm During A Crime of Violence or Drug Trafficking Crime in violation of 18 U.S.C. 924(c)(1)(A), and Conspiracy To Possess With Intent To Distribute A Quantity Of Marijuana In A School Zone in violation of 18 U.S.C 21:846 and 860. Ms. Sablan requests a continuance for two primary reasons. First, Counsel has provided the Government with the results of