UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED for extension to 3/31/14.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00139 |
| | ) | Judge Trauger |
| FALLON SABLAN | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS,

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension to respond to the defendant's Motion to Dismiss (D.E. 82) pending before the Court.

In support of this motion, the undersigned submits the government is in the process of reviewing said motion and needs additional time to complete this process and formulate an appropriate response. Therefore, the undersigned requests an extension of two weeks to file a response to defendant's motion to dismiss pending before the Court.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Clay T. Lee*
CLAY T LEE
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151