THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing set for 6/4/15 at 11:00 a.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00139 |
| | ) JUDGE TRAUGER |
| FALLON SABLAN | ) |

## MOTION TO SET CHANGE OF PLEA HEARING

**COMES** now, **FALLON SABLAN**, through counsel, Ron Munkeboe Jr. and respectfully moves this Honorable Court to set a change of plea hearing for the Defendant. As grounds for this Motion, the Defendant would state that she intends to enter a plea of guilty in this matter.

Respectfully submitted this 18th day of May, 2015.

/s/ *Ron Munkeboe Jr.*
Ron Munkeboe Jr. (BPR #020220)
Attorney at Law
306 Gay Street, Suite 304
Nashville, Tennessee 37201
munkeboeatty@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, I electronically filed the foregoing *Motion to Set Change of Plea Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.